# EAST RIDGE POLICE DEPARTMENT
## Incident # 23-000733

BEADLE, B.

On January 18, 2023, at approximately 1240 hours, I Cpl. Beadle observed a green Honda CRV parked in the residence of 3801 Kingwood Circle. The vehicle was registered to a Jared Broome. Mr. Broome resides at 3801 Kingwood Circle and has a warrant for possession of fentanyl out of East Ridge City Court. Mr. Broome also has three warrants out of Red Bank for driving on suspended, speeding and felony evading for fleeing law enforcement in the green Honda CRV. Police made contact with a Jeanie Sneed. Ms. Sneed advised her grandson Mr. Broome was sleeping in a 10x10 metal building in the back yard. Police made contact with Mr. Broome who was sleeping inside the metal building and was placed in custody. While placing Mr. Broome in custody police observed in plain view several aluminum foil pieces, a glass methamphetamine pipe and a syringe inside the building. Police also observed several aluminum foil pieces in the driveway beside the vehicles. A search warrant was sought and executed on the metal building. Police located 10 grams of methamphetamine, 14.2 grams of fentanyl, drug paraphernalia and a Mossberg 500 shotgun. Mr. Broome was charged additionally with possession of methamphetamine for resale, possession of fentanyl for resale, possession of drug paraphernalia and unlawful possession of a firearm. Mr. Broome is a convicted felon out of both Georgia and Tennessee. Mr. Broome has a history of aggravated assault and felon in possession of a firearm. All narcotics were placed into property and evidence. Mr. Broome was transported to the Hamilton County Jail.