


UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 02/13/2023

On February 9, 2023, Federal Bureau of Investigation Task Force Officer (TFO) Robert Wade of the East Ridge (TN) Police Department (ERPD) conducted a review of the body worn camera (BWC) footage from the 1/18/2023 arrest of subject Jared BROOME that was captured on the BWC operated by ERPD Ofc. Beadle during BROOME'S arrest. TFO Wade noted the following observations during review of the footage.

(All time stamps are in MM:SS format.)

(Note: This document is not intended to serve as a complete and exhaustive accounting for all information available by review of the listed footage. For a complete record of all information available by review of the footage, refer to a copy of the video/audio recording.)

The BWC footage captures ERPD Ofc. Beadle's initial approach to the front door of the residence where he makes contact with BROOME's grandmother, Jeanie SNEED (SNEED). Ofc. Beadle asks if she is Ms. Sneed, and she says, "Yes." Ofc. Beadle then asks "is Jared here?" SNEED says, "Yes." Ofc. Beadle asks, "Where's he at?" She answers, "He's in the shed in the back."

At approximate time stamp 01:50, the footage shows officers standing outside of the storage shed and calling for BROOME to exit.

At approximate time stamp 02:00, BROOME is called out by SNEED and told come out of the storage building.

At approximate time stamp 02:56, SNEED asks if BROOME can get his shoes.

At approximate time stamp 02:59, Ofc. Beadle asks BROOME where his shoes are at.

At approximate time stamp 03:04, BROOME nods towards the ground and says "I can wear them right there."

At approximate time stamp 03:06, Ofc. Beadle indicates that he did not hear BROOME, and BROOME repeats his statement that he can wear the shoes he has



Investigation on 02/09/2023 at Chattanooga, Tennessee, United States (In Person)

File # [redacted] Date drafted 02/13/2023

by Robert Owen Wade

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

indicated on the ground.

At approximate time stamp 03:07, Ofc Beadle asks BROOME, "You don't want your shoes in here?" This is an apparent reference to the interior of the shed.

At approximate time stamp 03:09, BROOME answers Ofc. Beadle by saying no.

At approximate time stamp 03:12, BROOME says that he does not know where they are at, referencing his shoes from inside the storage building.

At approximate time stamp 03:16, Ofc. Beadle states, "Your shoes are right there."

At approximate time stamp 03:18, the following exchange takes place:

BROOME: "Okay."

Ofc. Beadle: "Do you want them?"

BROOME: "Yeah."

At approximate time stamp 03:19, the following exchange takes place:

Ofc. Beadle: "Can I grab them?"

BROOME: "Yeah."

Following this exchange, Ofc. Beadle enters the storage building and illuminates his surroundings by flashlight before and after retrieving a pair of shoes.

At approximate time stamp 03:44, Ofc. Beadle says, "Here's your shoes" and appears to hand the shoes out of the storage building.

At approximate time stamp 04:03, Ofc. Beadle exits the storage building.

At approximate time stamp 05:18, Ofc. Beadle asks BROOME if one of the vehicles they pass is BROOME's vehicle. At the time, they are walking down the driveway towards the parked patrol cars.

At approximate time stamp 05:22, Ofc. Beadle says that there is a baggie on the seat of the vehicle.

At approximate time stamp 05:26, Ofc. Beadle opens the vehicle door.

At approximate time stamp 05:44, Ofc. Beadle states, "It's got a little bit of residue or something in it."

At approximate time stamp 06:21, the following exchange takes place:

Ofc. Beadle: "Whose car is that?"

BROOME: "It's, like, mine and my mom's. We share it."

Ofc. Beadle asks BROOME if the car they are discussing is the car that BROOME was in "the other night."

At approximate time stamp 06:30, BROOME answers, "Nah."

At approximate time stamp 06:37, BROOME states, "We share it."

At approximate time stamp 06:46, Ofc. Beadle asks BROOME, "What's all in the shed that's illegal? You got a little bit of pills and stuff in there?"

At approximate time stamp 06:48, BROOME shakes his head from side to side.

At approximate time stamp 06:57, the following exchange takes place:

Ofc. Beadle: "There ain't no pills in there, right now?"

BROOME: "There ain't nothing in there."

BROOME: "I ain't got shit."

At approximate time stamp 07:01, the following exchange takes place:

Ofc. Beadle: "You don't mind if I look, then?"

BROOME: "I don't consent to nothing, man."

Ofc. Beadle then walks over to speak with SNEED while other officers escort BROOME to the patrol vehicle.

At approximate time stamp 07:16, Ofc. Beadle asks SNEED if BROOME pays rent and verifies with her that BROOME is her grandson. SNEED does verify that BROOME is her grandson. No clear response to the question of BROOME paying rent was observed.

At approximate time stamp 07:29, SNEED says that BROOME has been going through a lot and was a supervisor at the plant before he lost his job.

At approximate time stamp 08:01, Ofc. Beadle points toward the storage building and the following exchange takes place:

Ofc. Beadle: "This is your building, right?"

SNEED: "Yes, sir."

At approximate time stamp 08:08, Ofc. Beadle states, "Here's the next thing, okay. We got a little bit of information that he's selling some pills out of here. We know he don't have a job--yeah, I know. Um, to refrain from getting a search warrant for the entire house, and that bothering you with all this..."

Ofc. Beadle does not finish his statement. Instead he reacts to SNEED stating that she had just had surgery.

At approximate time stamp 08:32, the following exchange takes place:

Ofc. Beadle: "Do you know of anything that's illegal in there right now?"

SNEED: No, sir. I don't. I don't know what's going on in there. All I know is he just has his tools and stuff. He's been working on his cars.

At approximate time stamp 08:42, the following exchange takes place:

Ofc. Beadle: "Do you have stuff out there, too? Tools and stuff?"

SNEED: "No. Mostly, it's all his stuff."

At approximate time stamp 08:50, SNEED states, "Now, you're more than welcome to search it."

At approximate time stamp 08:52, Ofc. Beadle states, "Okay, I appreciate that."

At approximate time stamp 09:06, Ofc. Beadle picks up a piece of aluminum foil from a spot on the ground located outside of the storage building and next to the threshold of the entrance to the storage building.

At approximate time stamp 09:17, Ofc. Beadle enters the storage building.

At approximate time stamp 09:34, Ofc. Beadle observes and touches a piece of aluminum foil in a storage space attached to a shelf.

At approximate time stamp 09:54, Ofc. Beadle shines his flashlight inside an open backpack that is hanging on a wall.

At approximate time stamp 10:08, Ofc. Beadle shines his flashlight so as to illuminate a plastic basket that is inside a wall mounted box with an open glass door.

(Note: A digital copy of the BWC footage referenced in this document will be maintained in the 1A section of the captioned file)