Defense's Exhibit 5 to Motion to Suppress

Body Worn Camera Footage From January 18, 2023

Part II

TO BE FILED MANUALLY ON AUGUST 9, 2023