# SEARCH WARRANT

## CITY OF EAST RIDGE
## COUNTY OF HAMILTON
## STATE OF TENNESSEE

TO OFFICER BRENDAN BEADLE, # 543 EAST RIDGE POLICE DEPARTMENT, OR ANY OTHER LAWFUL OFFICER OF THE EAST RIDGE POLICE DEPARTMENT OR ANY OTHER LAW ENFORCEMENT AGENCY:

  Proof having been made before me and reduced to writing and sworn here to by OFFICER BRENDAN BEADLE that there is probable cause to believe that evidence of the crime of DRUG PARAPHERNAILA, TCA 39-17-425, POSSESSION OF FENTANYL TCA 39-17-408 and POSSESSION OF METHAMPHETAMINE TCA 39-17-434 is located within A METAL BUILDING, a GREEN HONDA CRV TN 510BDZN and a RED HONDA CRV TN CHX863 ON THE PROPERTY OF 3801 KINGWOOD CIRCLE EAST RIDGE, HAMILTON COUNTY, TENNESSEE. The metal building is approximately a 10 x 10 sheet metal structure located at the end of the driveway on the property of 3801 Kingwood Circle with white paint aand two black doors. The green and red Honda CRV are located directly in front of the metal building in the driveway of 3801 Kingwood Circle.

You are hereby **COMMANDED** to:

Make immediate search of the Metal Building, Green Honda CRV TN 510BDZN and a Red Honda CRV TN CHX863 all located on the property of 3801 KINGWOOD CIRCLE EAST RIDGE, HAMILTON COUNTY, TENNESSEE. You are to search any closed containers and locked compartments in or at the above-described residence. If you are denied access after announcing your authority, you are to force entry if necessary, to execute this search warrant.

You are to search for and seize, if found, the following:

1. Any and all drug parapheranila associated with any narcoitcs defined in TCA.
2. Any and all narcoitcs or narcoitics related items.

If you find the same or any part thereof, you are to make immediate return thereof to me at my offices. Items for chemical test are to be submitted for the relevant analysis. Items for evidence are to be retained by your department and processed appropriately. Items identified as stolen property may be stored pursuant to department policy.

You are to execute this warrant within five (5) days and to make return of any items found to my office at the East Ridge Municipal Courts.

Issued this _18th_ day of _Jan._, 2023 at _2:48_ _P_M and delivered to Officer Brendan Beadle for execution.

_[signature]_
Judge

1

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

**CITY OF EAST RIDGE**
**COUNTY OF HAMILTON**
**STATE OF TENNESSEE**

Officer Brendan Beadle of the East Ridge Police Department personally appeared before _Charles Paty_, Judge of _General Sessions Court Criminal_ for said State, and now makes oath in due form of law that there is probable cause to believe that **JARED BROOME W/M DOB ███/██/1989** is in possession and control of certain evidence of a crime to wit: violations of state laws as set forth in TCA Section 39-17-425 [Drug Parapheranila] and TCA Section 39-17-408 [Possession of fentanyl] and that evidence of said crimes will be found within a metal building, a Green Honda CRV TN 510BDZN and a Red Honda CRV TN ███63 on the property of 3801 **KINGWOOD CIRCLE EAST RIDGE, HAMILTON COUNTY, TENNESSEE 37412.** The metal building is approximately a 10 x 10 sheet metal structure located at the end of the driveway on the property of 3801 Kingwood Circle. The green and red Honda CRV are located directly in front of the metal building in the driveway of 3801 Kingwood Circle and the evidence to be searched for is as follows:

1. Any and all drug parapheranila associated with any narcoitcs defined in TCA.
2. Any and all narcoitcs or narcoitics related items.

## Statement of Facts In Support of Probable Cause

This affidavit is made by Officer Brendan Beadle of the East Ridge Police Department. Your Affiant testifies that the following information contained in this affidavit is based on my training and experience, my personal participation in this investigation, and information provided to me by other law enforcement officials during this investigation. This affidavit does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause for the search of the location that is the subject of the search warrant.

1. The subject of this warrant is a residence of 3801 Kingwood Circle East Ridge TN 37412.
2. Jared Broome ███/██/1989 had an active warrant for possession of fentanyl out of East Ridge City Court and three warrants out of Red Bank City Court for Driving on revoked, speeding and felony evading.

2

3. Mr. Broome was found residing inside a metal 10x10 building on the property of 3801 Kingwood Circle.
4. Police arrested Mr. Broome inside the shed on an East Ridge Warrant. While inside the shed police observed in plain view a syringe, and multiple aluminum foil wrappers consistent with the use of fentanyl.
5. Police observed an end of glass pipe with resideue in a box that was consistent with a pipe commonly used to smoke methamphetamine.
6. Outside the building and on the ground around two vehicles' police observed several more aluminum foil pieces.
7. There are two Honda CRVs on the property parked in front of the metal shed.
8. The green Honda CRV TN 510BDZN is registered to Jared Broome.
9. The green Honda was used in a felony evading case from Red Bank Police officers on 01/17/2023.
10. The red Honda CRV TN CHX863 is expired registration of 2020 to Bryan Yother.
11. Upon speaking to Janie Sneed, the owner of 3801 Kingwood Circle and Mr. Bromes grandmother, she stated both vehicles belong to Mr. Broome and that he resides inside the metal building on the property.
12. Police deployed K9 Quest to conduct a free air sniff of the vehicles, K9 Quest alerted to a piece of aluminum foil behind the Green Honda CRV and in front of the RED Honda CRV.
13. K9 Quest demonstrated an alert with increased respiration and pulling handler towards the metal building. K9 Quest ignored Handlers request to check the Red Honda CRV and continued to pull Handler to the open door of the Metal Building.
14. Handler had to redirect K9 Quest to sniff the vehicle for a second time, at that time K9 Quest checked the vehicle but then immediately changed body posture and pulled handler back towards the metal building.
15. Based off the amount of paraphernalia inside and outside of the metal shed police suspect there may be more narcotics or paraphernalia present inside the building or both vehicles.

### Experience and Basis of Knowledge of Affiant

Your Affiant has worked in the field of law enforcement for over 5 years. While conducting criminal investigations, your affiant has had the occasion to search residences, businesses, vehicles, and other areas under the control of individuals who were involved in narcotics related offenses.

I have experience within my tiers of law enforcement to conduct narcotics investigations. I have experience with recovering evidence and narcotics from a residence associated with a crime.

### CONCLUSION

Therefore, considering the foregoing, your Affiant believes based on his knowledge, training, and experience that evidence of the aforementioned criminal violations will be found within the **10x10 metal building, a Green Honda CRV TN 510BDZN, and a Red Honda CRV TN CHX863 on the property of 3801 Kingwood Circle EAST RIDGE,**

3

HAMILTON COUNTY, TENNESSEE 37412. The metal building is approximately a 10 x 10 sheet metal structure located at the end of the driveway on the property of 3801 Kingwood Circle. The green and red Honda CRV are located directly in front of the metal building in the driveway of 3801 Kingwood Circle.

Your affiant respectfully requests that a search warrant be issued for the metal building, a Green and a Red Honda CRV located on the property of 3801 Kingwood Circle East Ridge, TN and for the aforementioned evidence so that this investigation may continue.

I SWEAR THE FOREGOING IS TRUE UNDER PENALTY OF PERJURY.

_____       1/18/23
          AFFIANT                      (Date)

Sworn to and subscribed before me this  18th  day of JAN, 2023.

_____
Judge of the Court

JAN 18 PM 2:43

4