UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:23-cr-37 |
| | ) | JUDGE ATHCLEY |
| JARED BROOME | ) | |

### NOTICE OF FILING OF EXHIBITS

Defendant Jared Broome, through undersigned counsel, provides notice of the physical filing of the following exhibits referenced in Mr. Broome's Motion to Suppress Physical Evidence, Statements, and Request for Franks Hearing (Docket Entry 17):

- Defense Ex. 4: BWC Footage Part I
- Defense Ex. 5: BWC Footage Part II
- Defense Ex. 6: BWC Footage Part III
- Defense Ex. 7: BWC Footage Part IV

In addition, shortly after filing the above motion, counsel realized that Exhibit 2 of the motion included only one of three photographs that counsel intended to include. For the purposes of efficiency, undersigned counsel is also providing notice of the physical filing of:

- Defense Ex. 2: Photos of Property (3 pages)

Undersigned counsel will also provide the government access to the above referenced exhibits by sharing them through USAfx.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *Christopher Meadows*
Christopher Meadows
District of Columbia Bar No. 1779087
Federal Defender Services
605 Chestnut Street, Suite 1310
Chattanooga, TN 37450
(423) 756-4349