**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:23-cr-37 |
| v. | ) | |
| | ) | Judge Atchley |
| JARED BROOME | ) | |
| | ) | Magistrate Judge Steger |
| | ) | |

---

## ORDER

---

Defendant Jared Broome filed a Motion to Dismiss the Indictment [Doc. 16] and Motion to Suppress and Request for Franks Hearing [Doc. 17]. Accordingly, all deadlines set forth in the Court's Discovery and Scheduling Order and Ends of Justice Order [Docs. 11 and 15] are hereby **CONTINUED**. These deadlines will be reset after the Court's resolution of Defendant's motions. Time necessary to resolve this motion is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1).

**SO ORDERED**.

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**