UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-37 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JARED BROOME | ) | Magistrate Judge Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 29] recommending that the Court: (1) accept Defendant's guilty plea to Count Two of the two count Superseding Information; (2) adjudicate Defendant guilty of conspiracy to commit witness tampering in violation of 18 U.S.C. §§ 1512(k) and 1512(b)(1); and (3) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 29] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count Two of the two count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of conspiracy to commit witness tampering in violation of 18 U.S.C. §§ 1512(k) and 1512(b)(1);

3. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **January 25, 2024, at 10:00 a.m. ET.**

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE